**Order entered October 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00914-CR
No. 05-13-00915-CR

**ENRIQUE MUNOZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause Nos. F-1333134-K, F-1333106-K

## ORDER

The record reflects that the trial court did not pronounce the sentences in the presence of the defendant. Therefore, the trial court is **ORDERED** to conduct a sentencing hearing for the sole purpose of pronouncing the sentences in the presence of the defendant, and is further **ORDERED** to transmit to this Court, within **THIRTY DAYS** of this order, a supplemental reporter's record reflecting the oral pronouncement of such sentences. We further **ORDER** that new judgments with the new sentencing dates be prepared and transmitted to this court in a supplemental clerk's record.

These appeals are **ABATED** to allow the trial court to comply with this order. The clerk of the court is directed to send copies of this order, by electronic transmission, to the Honorable

Judge Dominique Collins, Presiding Judge, Criminal District Court Number 4, Dallas County, Texas, and to counsel for all parties.

/s/ ROBERT M. FILLMORE
PRESIDING JUSTICE